IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ALBERT F. LANKSTER, SR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:13-00236-KD-N |
| | ) |
| **APPLE, INC. and VERIZON WIRELESS,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 17, 2013, is **ADOPTED** as the opinion of this Court and it is **ORDERED** that this action be **DISMISSED without prejudice** for failure to pay the requisite filing fee and to obey the Orders of this Court.

**DONE** this 15th day of July, 2013.

 s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**